**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RUDOLPH W. UNDERWOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-06-1215-F |
| ) | |
| THE HONORABLE JOE KEFFER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner, a state prisoner appearing *pro se*, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On November 29, 2006, Magistrate Judge Gary M. Purcell entered his Report and Recommendation, recommending that the petition be dismissed without prejudice for lack of jurisdiction. (Doc. no. 10.) On December 12, 2006, petitioner filed a timely objection to the Report and Recommendation. The court reviews all objected to matters de novo. Petitioner's pleadings are liberally construed.

Having reviewed all matters covered in the Report and Recommendation de novo, the court finds and concludes that it agrees with the Report and Recommendation of the magistrate judge. It further finds that no purpose would be served by restating here any of the Magistrate Judge's determinations or by offering any additional analysis of the issues.

Accordingly, petitioner's objection to the Report and Recommendation is **DENIED**, and the Report and Recommendation of Magistrate Judge Gary M. Purcell is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. Pursuant to the

recommendations of the Magistrate Judge, the Petition for a Writ of Habeas Corpus is **DISMISSED** without prejudice for lack of jurisdiction.

Dated this 14th day of December, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1215p002(pub).wpd